**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 14 2019

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

Fill in this information to identify your case:

Debtor 1: Tracelli Nichole Stephens-Rockf__
Debtor 2 (Spouse, if filing): _____
United States Bankruptcy Court for the: Northern District of Illinois
Case number (If known): 19-00052

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: Amount of claim (Do not deduct the value of collateral.) | Column B: Value of collateral that supports this claim | Column C: Unsecured portion If any |
|---|---|---|---|

**2.1** State Court Of Henry County
Number/Street: 44 John Frank Ward Blvd.
City/State/ZIP: McDonough GA 30253

Describe the property that secures the claim: Ticket

$5000 | $5000 | ___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred: 9/14/2018
Last 4 digits of account number: 0500 (0750500) or 180004421

**PAID**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN 14 2019
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

**2.2** Chex Systems
Number/Street: 7805 Hudson Rd Suite 100
City/State/ZIP: Woodbury MN 55125

Describe the property that secures the claim: Check

$5000 | $5000 | ___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred: _____
Last 4 digits of account number: _____

Add the dollar value of your entries in Column A on this page. Write that number here: **$10,000**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ~~2~~ 5

Debtor 1 __Tracelli Nichole Stephens-Rockford__  Case number (if known) __19-00052__

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.3** Creditor's Name: **Cook County Land Bank Authority**
Number/Street: **69 W. Washington St.**
Suite **2938**
City/State/ZIP: **Chicago IL 60602** / **60602**

Describe the property that secures the claim: **Back Taxes for 2008 – 2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **2015-2016**   Last 4 digits of account number **16 13 116 044 0000**

Column A: $~~30,000~~ **50,000**   Column B: $50,000 P.R.   Column C: $___

---

**2.4** Creditor's Name: **Mediation Account Center**
Number/Street: **9751 SW 12th St.**
City/State/ZIP: **Pembroke Pines FL 33025**

Describe the property that secures the claim: **Loan**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **2015-2018**   Last 4 digits of account number ___

Column A: $**5,000**   Column B: $___   Column C: $___

---

**2.5** Creditor's Name: **Cash Net USA**
Number/Street: **175 W. Jackson**
Suite **1000**
City/State/ZIP: **Chicago IL 60604**

Describe the property that secures the claim: **Loan**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **2015-2018**   Last 4 digits of account number ___

Column A: $**5,000**   Column B: $___   Column C: $___

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ **60,000**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $___

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **2** of ~~5~~

Debtor 1 __Tracelli Nichole Stephens-Rockfort__  Case number (if known) __19-00052__
         First Name   Middle Name   Last Name

## Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**2.6** Name: Chicago Housing Authority
Number/Street: 60 E Van Buren
City/State/ZIP: Chicago, IL 60605
On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number: 535554
5,000

**2.7** Name: Veteran Canteen Service VCS
Number/Street: #1 Jefferson Barracks Rd. Building #25
City/State/ZIP: St. Louise, MO 63125-4194
On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number: 2373
2,000

**2.8** Name: Blue Cross Blue Shield
Number/Street: 300 E Randolph St.
City/State/ZIP: Chicago, IL 60601-5099
On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number: 2373
5,000

**2.9** Name: Defense Finance + Accounting Service
Number/Street: P.O. Box 998002
City/State/ZIP: Cleveland, OH 44199-8002
On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number: 2373
5,000

**3.0** Name: Federal Employee Program
Number/Street: 4002 Loop 322
City/State/ZIP: Abilene, TX 79602
On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number: ____
5,000

**3.0** Name: Federal Employee Program
Number/Street: P.O. Box 805107
City/State/ZIP: Chicago, IL 60680-3625
On which line in Part 1 did you enter the creditor? 3.0
Last 4 digits of account number: 2373
5,000

Official Form 106D   Part 2 of Schedule D: Creditors Who Have Claims Secured by Property   page 3 of 5

**Fill in this information to identify your case:**

Debtor 1: Tracelli Nichole Stephens-Rockford

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): 19-00052

☐ Check if this is an amended filing

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN 14 2019
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property　12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A - Amount of claim | Column B - Value of collateral | Column C - Unsecured portion |
|---|---|---|---|
| **2.1** Bryant's Furniture | $5,000 | $5,000 | $ |
| 2227 E 79th St. | | | |
| Chicago IL 60649 | | | |

Describe the property that secures the claim: Loan

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred: 4/2017　Last 4 digits of account number: 1105 (7971105)

PAID
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN 14 2019
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

| **2.2** Office of Secretary of State | $100 | $100 | $ |
| State of Illinois | | | |
| 2701 S. Dirksen Pkwy | | | |
| Springfield IL 62723 | | | |

Describe the property that secures the claim: REINSTATE FEE

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred: ___　Last 4 digits of account number: 5315 81472935

Add the dollar value of your entries in Column A on this page. Write that number here: $_____

Official Form 106D　Schedule D: Creditors Who Have Claims Secured by Property　page 4 of 5

Debtor 1  Tracelli Michyle Stephens-Rockford   Case number (if known) 19-00052

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A — Amount of claim | Column B — Value of collateral that supports this claim | Column C — Unsecured portion |
|---|---|---|---|

**Creditor's Name:** U.S. Dept. of Veterans Affairs
**Number/Street:** 810 Vermont Ave. NW
**City/State/ZIP:** Washington DC 20420

Describe the property that secures the claim: Loan

Column A: $5,000   Column B: $5,000   Column C: $___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ___

Date debt was incurred: 2016-2018   Last 4 digits of account number: 2373

---

**Creditor's Name:** Credit Union 1
**Number/Street:** 200 East Champaign Ave.
**City/State/ZIP:** Rantoul IL 61866-2930

Describe the property that secures the claim: Loan

Column A: $5,000   Column B: $5,000   Column C: $___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ___

Date debt was incurred: 2015-2018   Last 4 digits of account number: 2373-14537346

---

**Creditor's Name:** ___
**Number/Street:** ___
**City/State/ZIP:** ___

Describe the property that secures the claim: ___

Column A: $___   Column B: $___   Column C: $___

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ___

Date debt was incurred: ___   Last 4 digits of account number: ___

Add the dollar value of your entries in Column A on this page. Write that number here: $___

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $___

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page 5 of 5

Debtor 1 _____
First Name    Middle Name    Last Name

Case number (if known)_____

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name _____
Number  Street _____
_____
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name _____
Number  Street _____
_____
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name _____
Number  Street _____
_____
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name _____
Number  Street _____
_____
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name _____
Number  Street _____
_____
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

☐
Name _____
Number  Street _____
_____
City    State    ZIP Code

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

Official Form 106D    Part 2 of Schedule D: Creditors Who Have Claims Secured by Property    page ___ of ___